E-filing

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

FILED
MAR - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

—— OFFENSE CHARGED ——

8 U.S.C. § § 1326(a) and (b) -- Deported Alien Found In
United States

☐ Petty
☐ Minor
☐ Misde-
  meanor
☒ Felony

PENALTY:    20 years imprisonment; $250,000 fine; 3 years supervised release;
            $100 special assessment

### DEFENDANT - U.S

► ARTURO VILLANUEVA-CORDOVA

DISTRICT COURT NUMBER

CR08-0133 DLJ

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

IMMIGRATION & CUSTOMS ENFORCEMENT

☐ person is awaiting trial in another Federal or State Court,
  give name of court

☐ this person/proceeding is transferred from another district
  per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
  charges previously dismissed
  which were dismissed on motion
  of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

  } SHOW DOCKET NO.

☐ this prosecution relates to a
  pending case involving this same
  defendant

  } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s)
  before U.S. Magistrate regarding this
  defendant were recorded under

  }

Name and Office of Person
Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    DANIEL KALEBA, AUSA

### DEFENDANT

### IS NOT IN CUSTODY

Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
      summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☒ On this charge

5) ☐ On another conviction    } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution
Yuba County Jail, Marysville, CA

Has detainer ☐ Yes    If "Yes"
been filed?  ☒ No     give date
                      filed

DATE OF ►    Month/Day/Year
ARREST       2/19/2008

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ►    Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### —— ADDITIONAL INFORMATION OR COMMENTS ——

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

# E-filing

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

## VENUE: OAKLAND

---

UNITED STATES OF AMERICA,

V.

# CRO8-0133

ARTURO VILLANUEVA-CORDOVA,

DEFENDANT(S).

---

# INDICTMENT

8 U.S.C. §§ 1326(a) and (b) -- Deported Alien Found in the United
States

A true bill.

_____
                                        Foreman

Filed in open court this ___5___ day of

_March 2008_ .

_____
                                        Clerk

7-5-08

Bail, $ ____NO PROCESS____

E-filing

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2

3

4

FILED

2008 MAR -5 PM 12: 36

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5

6

7

8

9          UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA

11              OAKLAND DIVISION

12  UNITED STATES OF AMERICA,          )   Criminal No. CR08-0133  DLJ
                                       )
13          Plaintiff,                 )
                                       )
14                                     )   VIOLATION: 8 U.S.C. §§ 1326(a) and (b) –
            v.                         )   Deported Alien Found in the United States
15                                     )
                                       )
16  ARTURO VILLANUEVA-CORDOVA          )
                                       )   OAKLAND VENUE
17                                     )
            Defendant.                 )
18  _____  )

19

20

21                  I N D I C T M E N T

22  The Grand Jury charges:

23          1.    Prior to May 29, 2007, the defendant, ARTURO VILLANUEVA-CORDOVA, was

24  convicted of at least one felony crime punishable by a term of imprisonment exceeding one year.

25          2.    On or about May 29, 2007, the defendant, ARTURO VILLANUEVA-CORDOVA,

26  was removed, excluded, and deported from the United States.

27          3.    After May 29, 2007, the defendant, ARTURO VILLANUEVA-CORDOVA,

28  knowingly and voluntarily reentered and remained in the United States.

INDICTMENT

4.    On or about February 19, 2008, in the Northern District of California, the defendant, ARTURO VILLANUEVA-CORDOVA, an alien, was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b).


DATED:        March 5, 2008                        A TRUE BILL.

                                                  FOREPERSON


JOSEPH P. RUSSONIELLO
United States Attorney


W. DOUGLAS SPRAGUE
Chief, Oakland Branch


(Approved as to form:                                    )
                    AUSA DANIEL R. KALEBA


INDICTMENT                              2