JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: daniel.kaleba@usdoj.gov

Attorney for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ARTURO VILLANUEVA-CORDOVA,<br><br>    Defendant. | No. CR 08-0133 DLJ<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM MARCH 6, 2008 TO MARCH 10, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(H)(8)) |

The parties appeared before Hon. Joseph C. Spero on Thursday, March 6, 2008 for an initial appearance in the above-entitled action. At that time, the Court continued the matter until March 10, 2008 for a detention hearing before Hon. Wayne D. Brazil.. The parties stipulated and agreed to an exclusion of time under the Speedy Trial Act from March 6, 2008 to March 10, 2008, in light of the need for the defendant's counsel to review discovery. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with the

1 defendant, and would deny the defendant continuity of counsel. 18 U.S.C. §
2 3161(h)(8)(B)(iv).
3      Given these circumstances, the Court found that the ends of justice served by
4 excluding the period from March 6, 2008 to March 10, 2008 outweigh the best interest of
5 the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).
6      IT IS SO STIPULATED.

Respectfully submitted,

Date:   3/6/2008                          /s/
                                          DANIEL R. KALEBA
                                          Assistant United States Attorney

Date:   3/6/2008                          /s/
                                          ERIC M. HAIRSTON
                                          Counsel for Defendant

1 **[~~PROPOSED~~] ORDER**

2 Upon stipulation of the parties, and good cause appearing, IT IS ORDERED that
3 with the consent of the defendant, the period from March 6, 2008, to March 10, 2008, is
4 excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv),
5 as the ends of justice served by excluding that time outweigh the best interest of the
6 public and the defendant in a speedy trial and the prompt disposition of criminal cases.

8 DATED: March 14, 2008

9 THE HON_____ ERO
  United St_____ ge



STIPULATION AND [~~PROPOSED~~] ORDER
No. CR 08-0133 DLJ                    3