UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
Date:  3/21/08

**Clerk:** Frances Stone
**Court Reporter:** Diane Skillman

**Plaintiff:**  United States

**v.**                                                                                      **No.** CR-08-00133-DLJ

**Defendant:** Arturo Villanueva-Cordova [present; in custody; spanish intepreter]

**Appearances for AUSA:** Daniel Kaleba

**Appearances for Defendant:** Jerome Matthews

**Interpreter:**  Carole Glasser- spanish interpreter

**Probation Officer:**

| **Reason for Hearing:** | **Ruling:** |
|---|---|
| SETTING/STAT | -HELD |

**Notes:**

**Case Continued to**     4/4/08 AT 9:00AM              for  STATUS

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**     **Opposition Due:**

**Case Continued to**                              for Pretrial Conference

**Case Continued to**          for              Trial

**Excludable Delay: Category: Begins:**   3/21/08         **Ends:** 4/4/08