**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
Date:  4/4/08

**Clerk:** Frances Stone
**Court Reporter:** Not Held-Not Reported

**Plaintiff:**  United States

**v.**                                                                                 **No.** CR-08-00133-DLJ

**Defendant:** Arturo Villanueva-Cordova [in custody; spanish interpreter]

**Appearances for AUSA:** Daniel Kaleba

**Appearances for Defendant:** Jerome Matthews

**Interpreter:** <u>Hearing not held today</u>

**Probation Officer:**

**Reason for Hearing:**                      **Ruling:**

**Notes:**  Clerk spoke to attorneys and next date for this case is 4/18/08 at 9:00AM for Status.

**Case Continued to**                for

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**      **Opposition Due:**

**Case Continued to**                           for Pretrial Conference

**Case Continued to**           for             Trial

**Excludable Delay: Category: Begins:**           **Ends:**