UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America<br>　　　　　　Plaintiff(s), | )<br>)<br>)<br>)<br>) | CASE NO. CR-08-00133-DLJ |
| -V- | )<br>) | NOTICE |
| Arturo Villanueva-Cordova<br>　　　　　　Defendant(s), | )<br>)<br>)<br>)<br>)<br>) | |

TO:

　　Daniel Kaleba
　　US Attorney's Office
　　1301 Clay Street, Ste. 340S
　　Oakland, CA 94612

　　Jerome Matthews
　　Federal Public Defender's Office
　　555-12th Street, Ste. 650
　　Oakland, CA 94607

　　YOU ARE HEREBY NOTIFIED THAT a Status Conference in the above entitled case will be held on Friday, April 18, 2008 at 9:00AM before Judge Jensen in Dept. 1, 4th Floor at 1301 Clay Street, Oakland, California.

Dated: April 7, 2008

　　　　　　　By: _Frances Stone_____
　　　　　　　　　　Frances Stone
　　　　　　　　　　Clerk to D. Lowell Jensen