**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
Date:  4/18/08

**Clerk: Frances Stone**
**Court Reporter: Raynee Mercado**

**Plaintiff:**  United States

**v.**                                                                                  **No.** CR-08-00133-DLJ

**Defendant:** Arturo Villanueva-Cordova [present; in custody; spanish interpreter]

**Appearances for AUSA:** Daniel Kaleba

**Appearances for Defendant:** Jerome Matthews

**Interpreter:**  <u>Carole Glasser, Spanish Interpreter</u>

**Probation Officer:**

**Reason for Hearing:**                    **Ruling:**
STATUS                                                       -HELD

**Notes:**

**Case Continued to  5/16/08 AT 9:00AM     for  Stat or Change of Plea**

**Case Continued to:**           for
**Case Continued to:**           for
**Motions to be filed by:**      Opposition Due:

**Case Continued to**                            for Pretrial Conference

**Case Continued to**          for              Trial

**Excludable Delay: Category: Begins:  4/18/08        Ends: 5/16/08**