**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
**Date:  5/16/08**

**Clerk:** Frances Stone
**Court Reporter: RAYNEE MERCADO**

**Plaintiff:**  United States

**v.**                                                                       **No.** CR-08-00133-DLJ

**Defendant:** Arturo Villanueva-Cordova [present; in custody; spanish interpreter]

**Appearances for AUSA:**  Daniel Kaleba

**Appearances for Defendant:** Jerome Matthews

**Interpreter:** <u>Haydee Claus-spanish interpreter</u>

**Probation Officer:**

| **Reason for Hearing:** | **Ruling:** |
|---|---|
| STATUS | -HELD |
| Change of Plea- Not Held | |

**Notes:**

**Case Continued to   6/6/08 at 9:00AM    for  Status/Setting/or Change of Plea**

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**     **Opposition Due:**
**Case Continued to**                       for Pretrial Conference

**Case Continued to**         for            Trial

**Excludable Delay: Category: Begins:   5/16/08   Ends:** 6/6/08