UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  June  6, 2008

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:**  United States

**v.**                                                                              **No.** CR-08-00133-DLJ

**Defendant:** Arturo Villanueva-Cordova [present; in custody; spanish int.]

**Appearances for AUSA:** Douglas Sprague (for Daniel Kaleba)

**Appearances for Defendant:** Jerome Matthews

**Interpreter:** Angela Zawadzki- spanish interpreter

**Probation Officer:**

**Reason for Hearing:**                 **Ruling:**
STATUS                                              -HELD

**Notes:**

**Case Continued to**   6/20/08 AT 9:00AM             for  SETTING OR/CHANGE OF PLEA

**Case Continued to:**            for
**Case Continued to:**            for
**Motions to be filed by:**       **Opposition Due:**
**Case Continued to**                          for Pretrial Conference

**Case Continued to**         for              Trial

**Excludable Delay: Category: Begins:**   6/6/08        **Ends:** 6/20/08