9AM

V/C

E-FILING CASE

INT.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTE ORDER

**FILED**

JUN 2 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: **6/20/08**

Case No: CR **-08- 00133-DLJ**          Judge: D. Lowell Jensen

Reporter: _DIANE SKILLMAN_          Clerk: Frances Stone

Defendant(s):                                    Defense Counsel:

ARTURO VILLANUEVA-CORONA    Present? Y    In Custody? Y    JEROME MATTHEWS

_____ Present? ___  In Custody? ___  _____

_____ Present? ___  In Custody? ___  _____

_____ Present? ___  In Custody? ___  _____

_____ Present? ___  In Custody? ___  _____

_____ Present? ___  In Custody? ___  _____

_____ Present? ___  In Custody? ___  _____

US Attorney:          Interpreter: SPANISH          US Probation Officer:

DOUG SPRAGUE        HAYDEE CLAUS

Reason for Hearing:                          Ruling:

SETTING OR/CHANGE OF PLEA        — NOT HELD

STATUS                                      — HELD AT 9AM

CASE RECALLED AT 10AM:

CHANGE OF PLEA                              — HELD

GUILTY PLEA TO COUNT ONE OF INDICTMENT. PLEA IS WITH

Notes: CONSENT OF COUNSEL. PLEA IS ACCEPTED AND ENTERED.

REFER TO PROBATION FOR CRIM HIST. REPORT ONLY

Case continued to: 8/1/08 AT 10AM for SENTENCING

Case continued to: _____ for _____

Case continued to: _____ for _____
Motions to be filed by _____; Opposition due _____

Case continued to: _____ for Pretrial Conference

Case continued to: _____ for _____ Trial

Excludable Delay:  Category _____  Begins _____  Ends: _____

CC: PROBATION