UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 2 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case Number          CR-08-00133-01-DLJ
Defendant's Name     **ARTURO VILLANUEVA-CORDOVA**
Defendant's Counsel  Jerome Matthews
Due Date             8/1/08 At 10AM

        1    Courtroom                    Floor  4th

~~~~~NOTICE TO DEFENSE COUNSEL~~~~~

**The Court has directed that a:**

              XX              Presentence Investigation
_____ Bail Investigation
_____ Bail Supervision
_____ Postsentence Investigation
_____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **Probation Office,**
before leaving the Courthouse today to make the necessary arrangements.

                                RICHARD W. WIEKING, CLERK

✓ cc to Counsel
  cc to Probation               by: _____Frances Stone_____
                                    Frances Stone , Deputy Clerk

                                Dated: 6/20/08

**US PROBATION OFFICE**~~~~~
Is defendant in custody?   Yes or No
Is defendant English speaking?  Yes or No  [Interpreter:_____]
Defendant's address:  _____
                      _____
                      _____