```
1   JOSEPH P. RUSSONIELLO (CASBN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CASBN 163973)
3   Chief, Criminal Division

4   W. DOUGLAS SPRAGUE (CASBN 202121)
    Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3771
7      Facsimile: (510) 637-3724
       E-Mail: doug.spragues@usdoj.gov
8
9   Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00133 DLJ |
|     Plaintiff, ) | |
|     v. ) | NOTICE OF SUBSTITUTION OF ATTORNEY |
| ARTURO VILLANUEVA-CORDOVA, ) | |
|     Defendant. ) | |

Please take notice that as of July 1, 2008, the Assistant United States Attorney whose name, address, telephone number and e-mail address listed below is assigned to be counsel for the government.

> W. DOUGLAS SPRAGUE
> Assistant United States Attorney
> 1301 Clay Street; Suite 340S
> Oakland, California 94612
> Phone: 510/637-3771
> Fax: 510/637-3724
> E-mail: doug.sprague@usdoj.gov

The Clerk is requested to change the docket sheet and other court records so as to reflect that all orders and communications from the court will in the future be directed to

SUBSTITUTION OF ATTORNEY

1 | AUSA W. Douglas Sprague at the above mailing address, telephone number, facsimile
2 | number and e-mail address.
3 |
4 |
5 | DATED: July 7, 2008                    Respectfully submitted,
6 |                                         JOSEPH P. RUSSONIELLO
  |                                         United States Attorney
7 |
8 |                                         _____/s/_____
  |                                         W. DOUGLAS SPRAGUE
9 |                                         Assistant United States Attorney

SUBSTITUTION OF ATTORNEY