BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607
Telephone: (510) 637-3500

Counsel for Defendant ARTURO VILLANUEVA CORDOVA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08 00133 DLJ |
| Plaintiff, | **SENTENCING MEMORANDUM** |
| vs. | **Sentencing Date: August 1, 2008** |
| ARTURO VILLANUEVA CORDOVA, | **Time: 10:00 a.m.** |
| Defendant. | |

    Arturo Villanueva Cordova will stand before the Court on August 1, 2008, for sentencing on his plea to a single count of illegal re-entry by an alien following deportation. The parties have submitted a Rule 11(c)(1)(C) plea agreement that recommends a sentence at the low end of the applicable sentencing range. Mr. Villanueva Cordova agrees with the probation officer's criminal history calculations[1] and asks that the Court sentence him to ten months.

    Mr. Villanueva Cordova first appeared in federal court on March 10, 2008, and has

---

[1] The probation officer incorrectly assigns three criminal history points to Mr. Villanueva Cordova's sole conviction for Cal. Penal Code § 246. He was sentenced to 362 days in the county jail, and under USSG §4A1.1(b) that sentence results in two criminal history points. Mr. Villanueva agrees, however, that his Criminal History Category is III.

SENT. MEMO.                                1

1  remained in custody since that time.  Since the day of his initial appearance, Mr. Villanueva
2  Cordova has been prepared to accept the consequences of his actions.  He has chosen not to
3  contest the legality of his prior deportation or otherwise interpose a defense to the present charge.
4  He has suffered but one criminal conviction.  There is nothing egregious or unusual about Mr.
5  Villanueva Cordova or this case that might merit a sentence above the recommended sentence,
6  which is within the applicable guidelines range.
7       For the reasons Stated, Arturo Villanueva Cordova respectfully requests that the Court
8  sentence him to ten months.

10 Dated: July 30, 2008

11                                                 Respectfully submitted,

12                                                 BARRY J. PORTMAN
                                                   Federal Public Defender

13
                                                      /S/
14
                                                   JEROME E. MATTHEWS
15                                                 Assistant Federal Public Defender

16

17

18

19

20

21

22

23

24

25

26