1   JOSEPH P. RUSSONIELLO (CASBN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CASBN 163973)
3   Chief, Criminal Division

4   W. DOUGLAS SPRAGUE (CASBN 202121)
    Assistant United States Attorney
5
      1301 Clay Street; Suite 340-S
6     Oakland, California 94612
      Telephone: (510) 637-3771
7     Facsimile: (510) 637-3724
      E-mail: doug.sprague@usdoj.gov
8
    Attorneys for Plaintiff
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                   OAKLAND DIVISION

13

14  UNITED STATES OF AMERICA,          )    No. CR 08-00133 DLJ
                                       )
15          Plaintiff,                 )    GOVERNMENT'S SENTENCING
                                       )    MEMORANDUM
16      v.                             )
                                       )    DATE: August 1, 2008
17  ARTURO VILLANUEVA-CORDOVA          )    TIME: 10:00 a.m.
      (aka Arturo Villanueva),         )
18                                     )    Honorable D. Lowell Jensen
            Defendant.                 )
19  _____  )

20          The government joins the defense in respectfully requesting that the Court accept the

21  proposed Rule 11(c)(1)(C) plea agreement and sentence defendant, Arturo Villanueva-Cordova,

22  to 10 months imprisonment, three years of supervised release, and the mandatory $100 special

23  assessment.

24  DATED:       July 30, 2008              Respectfully submitted,

25                                          JOSEPH P. RUSSONIELLO
    _____              United States Attorney
26

27                                                  /s/
                                           _____
28                                         W. DOUGLAS SPRAGUE
                                           Assistant United States Attorney

    GOVT. SENT. MEM.;
    CR 08-00133 DLJ