10AM

1/C, INT.

E-FILING CASE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTE ORDER**

FILED

AUG 0 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: _____8/1/08_____

Case No: CR -08-00133-DLJ          Judge: D. Lowell Jensen

Reporter: PAYNEE MERCADO          Clerk: Frances Stone

Defendant(s):                                    Defense Counsel:

ARTURO VILLANUEVA-CORDOVA  Present? Y  In Custody? Y  JEROME MATTHEWS

_____  Present? __  In Custody? __  _____

_____  Present? __  In Custody? __  _____

_____  Present? __  In Custody? __  _____

_____  Present? __  In Custody? __  _____

_____  Present? __  In Custody? __  _____

_____  Present? __  In Custody? __  _____

US Attorney:          Interpreter: SPANISH          US Probation Officer:

WADE RHYNE          HAYDEE CLAUS          SARA BLACK
(FOR DOUG SPRAGUE)

Reason for Hearing:                          Ruling:

SENTENCING                          — HELD

COUNT 1 - DEF IS COMMITTED TO CUSTODY OF BUREAU OF PRISONS FOR
A TERM OF 10 MONTHS. DEF PLACED ON SUPERVISED RELEASE
3 YEARS. A $100 ASSESSMENT IS DUE IMMEDIATELY.
DEF WAIVES RIGHT TO APPEAL.

Notes: _____

Case continued to: _____ for _____

Case continued to: _____ for _____

Case continued to: _____ for _____
     Motions to be filed by _____ ; Opposition due _____

Case continued to: _____ for Pretrial Conference

Case continued to: _____ for _____ Trial

Excludable Delay: Category _____ Begins _____ Ends: _____